PROB 12A
(02/10)

# United States District Court

for

## Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Peter Michaels                    **Case Number:** 2:09CR00271JPD-001

**Name of Judicial Officer:**   The Honorable James P. Donohue

**Date of Original Sentence:** 11/18/2009                    **Date of Report:** 2/3/10

**Original Offense:** Bank Embezzlement

**Original Sentence:** 18 months Probation

**Type of Supervision:** Probation                    **Date Supervision Commenced:** 11/18/2009

**Special Conditions Imposed:**

⊠ **Substance Abuse**            ⊠ **Financial Disclosure**            ☐ Restitution

☐ Mental Health            ☐ Fine            ⊠ **Community Service: 80 hrs.**

⊠ **Other: Do not enter or frequent any gambling establishment, and attend Gambler's Anonymous meetings as directed**

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Peter Michaels has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Leaving the Western District of Washington without permission, in violation of standard condition No. 1. |



**09-CR-00271-MAN**

The Honorable James P. Donohue                                                                    Page 2
Report on Offender
Under Supervision

U.S. Probation Officer Action:

On January 27, 2010, Mr. Michaels was contacted at his residence for a routine home inspection. During this meeting, Mr. Michaels reported that he had left the Western District of Washington in order to visit his girlfriend who is attending college in the eastern part of Washington. The boundaries of the judicial district were discussed with Mr. Michaels again and he claimed to understand the procedures to request travel in the future.

Since beginning his term of probation on November 18, 2009, Mr. Michaels has maintained stable employment, submitted monthly reports as instructed, and maintained a stable residence. Given his positive adjustment, and the minor nature of this violation, it is respectfully recommended that no action be taken at this time.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this ___3rd___ day of ____February____, 2010.

_____
Jerrod Akins
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY:
Calvin K. Bouma, Jr.
Supervising U.S. Probation Officer

2/3/10

_____

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

_____9 February 2010_____
Date